UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEPHANIE PARKER,**

    **Plaintiff,**

v.                                          CASE NO.: 8:10-cv-01635-JSM -TBM

**SYNIVERSE TECHNOLOGIES, INC.,**
a Foreign Profit Corporation,

    **Defendant.**                    /

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order, hereby jointly file their Report Regarding Settlement in this matter. The parties have advised the Court that they:

| | |
|---|---|
| \_\_\_\_\_ | Have settled the case. |
| \_\_\_\_\_ | Have not settled the case but wish to continue settlement discussions. |
| \_\_\_\_\_ | Wish to engage in a formal mediation conference. |
| \_\_\_\_\_ | Request a settlement conference before the United States Magistrate Judge. |
| **X** | Have extinguished all settlement efforts and will subsequently file a Case Management Report. |

RESPECTFULLY SUBMITTED, this 30th day of August 2010, by:

| | |
|---|---|
| **/s/ CARLOS V. LEACH** | **/s/ ANGELIQUE GROZA LYONS** |
| **Carlos V. Leach, Esquire** | Angelique Groza Lyons, Esq. |
| FLBN: 0540021 | Fla. Bar No. 118801 |
| Morgan & Morgan, P.A. | alyons@constangy.com |
| 20 N. Orange Ave., 16th Floor | Michael D. Malfitano, Esq. |
| P.O. Box 4979 | Fla. Bar No. 188247 |
| Orlando, FL  32802-4979 | mmalfitano@constangy.com |
| Telephone:     (407) 420-1414 | Cherie L. Silberman, Esq. |
| Facsimile:      (407) 425-8171 | Fla. Bar No. 0015724 |
| Email: CLeach@forthepeople.com | csilberman@constangy.com |
| COUNSEL FOR PLAINTIFF | Constangy, Brooks & Smith, LLP |
| | 100 N. Tampa Street, Suite 3350 |
| | Post Office Box 1840 |
| | Tampa, Florida 33601-1840 |
| | Phone: (813) 223-7166 |
| | Fax: (813) 223-2515 |
| | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 30, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant: Angelique G. Lyons, Esquire, Constangy, Brooks & Smith, LLC, 100 N. Tampa Street, Suite 3350, Tampa, FL 33601-1840, Email: alyons@constangy.com, counsel for the Defendant Counsel.

**/s/ CARLOS V. LEACH**
Carlos V. Leach, Esquire